**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7122**

———————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

DAVID BARREN, a/k/a James Willie Jones, a/k/a Vincent
Hutchins,

              Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, Senior District
Judge.  (8:08-cr-00053-PJM-1)

———————————

Submitted: September 11, 2012    Decided: September 14, 2012

———————————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David Barren, Appellant Pro Se.  Mushtaq Zakir Gunja, Charles
Joseph Peters, Sr., OFFICE OF THE UNITED STATES ATTORNEY,
Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Barren appeals the district court's order dismissing without prejudice his motions for full disclosure of the grand jury minutes and jury list and to compel discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Barren, No. 8:08-cr-00053-PJM-1 (D. Md. June 21, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED